JOHN DEVOE GUNTER v. HILDA NORVELLA GUNTER.

198 So. 99

Division A

Opinion ·Filed October 11, 1940

Rehearing Denied November 4, 1940

*R. K. Bell,* for Appellant;

*Morrow & Mayes,* for Appellee.

PER CURIAM.—This appeal is from a final decree awarding complainant a divorce, the custody of a minor child, seven dollars per week for support of said child, one hundred fifty dollars attorney's fees and one-half undivided interest in the home property.

Defendant seeks· reversal as to that part of the decree

affecting the home property, but an examination of the record convinces us that the decree was just and equitable and should not be disturbed.

It is therefore affirmed.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.